**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re<br>Nassim Aoude<br>    Debtor | Chapter 7<br>No. 19-40474-CJP |
| Autism Intervention Specialists, LLC.<br>    Plaintiff<br>v.<br>Nassim Aoude<br>    Defendant. | Adv. Pro.<br>No. 19-4026 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Nassim Aoude, defendant in the above matter and moves for summary judgment stating that there are no material issues of fact in dispute. A Memorandum of Law and Affidavit are filed herewith in support of the motion.

    Nassim Aoude
    By his attorney

    /s/ David M. Nickless_____
    David M. Nickless, Esq.
    Nickless, Phillips and O'Connor
    625 Main Street
    Fitchburg, MA 01420
    978-342-4590
    BBO No. 371920
    dnickless@npolegal.com

CERTIFICATE OF SERVICE

I, David M. Nickless, do hereby certify that I served a copy of the within pleading together with supporting documents via ECF to the following:

| | |
|---|---|
| Peter J. Duffy, Esq. | Jonathan R. Goldsmith, Trustee |
| Pollack, Soloman, Duffy | Goldsmith, Katz & Argenio, P.C. |
| 101 Huntington Ave, Suite 530 | 1350 Main Street, Ste 1505 |
| Boston, MA  02199 | Springfield, MA 01103 |
| *Counsel to the Plaintiff – VIA ECF* | *Trustee – VIA ECF* |

Dated:  March 2, 2020                                    /S/   David M. Nickless
                                                                      David M. Nickless