# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Autism Intervention Specialists, LLC v. Aoude      **Case Number:** 19-04026      **(CJP)**      **Ch:**

Telephonic Hearing on #18 Defendant's Motion for Summary Judgment and #24 Opposition of Plaintiff.

**COURT ACTION:**
_____ Granted         _____ Approved         _____ Moot
_____ Denied          _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained        _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
Show Cause Order              \_\_\_\_\_ Released              \_\_\_\_\_ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD. SEPARATE ORDER TO ENTER.

IT IS SO ORDERED:

_____ Dated: 05/26/2020
Christopher J. Panos
United States Bankruptcy Judge