```
                       United States Bankruptcy Court
                          District of Massachusetts
```

Autism Intervention Specialists, LLC,
    Plaintiff
                   Adv. Proc. No. 19-04026-cjp

Aoude,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4    User: corc    Page 1 of 1    Date Rcvd: May 26, 2020
                 Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.
dft          +Nassim S. Aoude,   17 Bluegrass Lane,   Shrewsbury, MA 01545-4263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 27 2020 00:49:36      Richard King,
               Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:
       David M. Nickless    on behalf of Defendant Nassim S. Aoude dnickless@npolegal.com,
        6759@notices.nextchapterbk.com
       Peter J Duffy    on behalf of Plaintiff    Autism Intervention Specialists, LLC pduffy@psdfirm.com
                                                                                                                                 TOTAL: 2

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Autism Intervention Specialists, LLC v. Aoude   **Case Number:** 19-04026   (CJP)   Ch:

Telephonic Hearing on #18 Defendant's Motion for Summary Judgment and #24 Opposition of Plaintiff.

**COURT ACTION:**
_____ Granted            _____ Approved            _____ Moot
_____ Denied             _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained          _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
Show Cause Order            _____ Released            _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD. SEPARATE ORDER TO ENTER.

IT IS SO ORDERED:

_____  Dated: 05/26/2020
Christopher J. Panos
United States Bankruptcy Judge